

**CHRIS DANIEL** 01-15-00486-CR

HARRIS COUNTY DISTRICT CLERK

May 18, 2015

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
5/29/2015 2:13:56 PM
CHRISTOPHER A. PRINE
Clerk

JANI MASELLI
ATTORNEY OF RECORD
1201 FRANKLIN, 13TH FLOOR
HOUSTON TEXAS 77002

Defendant's Name: DEBORAH WINFIELD

Cause No: 1454262

Court: 230TH

Please note the following appeal updates on the above mentioned cause:

**Notice of Appeal Filed Date:** 05/07/2015
**Sentence Imposed Date:** 05/07/2015
**Court of Appeals Assignment: First Court of Appeals**
**Appeal Attorney of Record:** JANIE MASELLI
Pauper's Oath 05/07/2015

Sincerely,

/s/ N. Salinas
Criminal Post Trial Deputy

CC: Devon Anderson
 District Attorney
 Appellate Division
 Harris County, Texas

 TRISH MATTHEWS (DELIVERED VIA E-MAIL)

This is your notice to inform any and all substitute reporters in this cause.

**RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of imaging

1201 Franklin  P.O. Box 4651  Houston, Texas 77210-4651

Cause No. 1454262

## THE STATE OF TEXAS

Deborah Winfield _____ , A/K/A/ _____
                                V.

_____230_____ District Court / County Criminal Court at Law No. _____

### Harris County, Texas

### NOTICE OF APPEAL

## TO THE HONORABLE JUDGE OF SAID COURT:

On __5/7/15_____ (date), the defendant in the above numbered and styled cause gives **NOTICE OF APPEAL** of his conviction.

**The undersigned attorney (check appropriate box):**

☑ **MOVES** to withdraw.

❑ **ADVISES** the court that he will **CONTINUE** to represent the defendant on appeal.

__05/7/15_____
**Date**

Deborah Winfield
**Defendant (Printed name)**

**Attorney (Signature)**

Diana OLVERA
**Attorney (Printed name)**

__15778150__
**State Bar Number**

1201 Franklin Bld F1
**Address**

713-368-0016
**Telephone Number**

FILED
Chris Daniel
District Clerk
MAY 07 2015
Time: 5-7-15
Harris County, Texas
By_____
Deputy

**The defendant (check all that apply):**

❑ **REPRESENTS** to the court that he is presently **INDIGENT** and **ASKS** the court to immediately **APPOINT** appellate counsel to represent him.

❑ **ASKS** the Court to **ORDER** that a free record be provided to him.

❑ **ASKS** the court to set **BAIL**.

Accordingly, Appellant **ASKS** the Court to conduct a hearing, make findings, and enter an Order Granting the requested relief.

X Deborah Winfield
**Defendant (Signature)**

Deborah Winfield
**Defendant's Printed name**

MAY 07 2015

SWORN TO AND SUBSCRIBED BEFORE ME ON _____

By Deputy District Clerk of Harris County, Texas _____

# ORDER

On _____ **MAY 0 7 2015** _____ the Court conducted a hearing and **FINDS** that defendant / appellant

❏ IS NOT indigent at this time.

☑ IS indigent for the purpose of

    ❏ employing counsel

    ❏ paying for a clerk's and court reporter's record.

    ❏ employing counsel or paying for a clerk's and court reporter's record.

The Court **ORDERS** that

    ❏ Counsel's motion to withdraw is **GRANTED** / **DENIED.**

    ❏ Defendant / appellant's motion (to be found indigent) is **DENIED.**

    ❏ Defendant's / appellant's motion is **GRANTED** and

        ❏ _____ (attorney's name & bar card number)
        is **APPOINTED** to represent defendant / appellant on appeal.

        ❏ The **COURT REPORTER** is **ORDERED** to prepare and file the reporter's record without charge to defendant / appellant.

**BAIL IS:**

    ☑ SET at $ _____ 60,000 _____

    ❏ TO CONTINUE as presently set.

    ❏ DENIED and is SET at NO BOND. (Felony Only)

DATE SIGNED: _____ **MAY 0 7 2015** _____

JUDGE PRESIDING,
_____ DISTRICT COURT /
COUNTY CRIMINAL COURT AT LAW NO. _____,
HARRIS COUNTY, TEXAS

 

Cause No. 1454262

THE STATE OF TEXAS

v.

Deborah Winfield, Defendant

IN THE 230 DISTRICT COURT

COUNTY CRIMINAL COURT AT LAW NO. _____

HARRIS COUNTY, TEXAS

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, judge of the trial court, certify this criminal case:

- ☒ is not a plea-bargain case, and the defendant has the right of appeal. [*or*]
- ☐ is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial, and not withdrawn or waived, and the defendant has the right of appeal. [*or*]
- ☐ is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal. [*or*]
- ☐ is a plea-bargain case, and the defendant has NO right of appeal. [*or*]
- ☐ the defendant has waived the right of appeal.

MAY 07 2015

_____
Judge

_____
Date Signed

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a *pro se* petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals's judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition for discretionary review in the Court of Criminal Appeals. TEX. R. APP. P. 68.2 I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review.

X Deborah Winfield
_____
Defendant

Mailing Address: _____

Telephone number: _____

Fax number (if any): _____5-7-15_____

_____
Defendant's Counsel

State Bar of Texas ID number: 15278650

Mailing Address: 1201 Franklin 12-LF1

Telephone number: 713 368 0016

Fax number (if any): _____

---

* "A defendant in a criminal case has the right of appeal under these rules. The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order. In a plea bargain case-that is, a case in which a defendant's plea was guilty or *nolo contendere* and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant - a defendant may appeal only: (A) those matters that were raised by a written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal." TEXAS RULES OF APPELLATE PROCEDURE 25.2(a)(2).

CLERK

9/1/2011

# PAUPER'S OATH ON APPEAL

CAUSE NO. C 1454262

OFFENSE: Manslaughter

THE STATE OF TEXAS

230 DISTRICT COURT

VS.

OF

Deborah Winfield

HARRIS COUNTY, TEXAS

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Deborah Winfield , defendant in the above styled and numbered cause, and states under oath that he is without funds, property or income. The defendant respectfully petitions the court to: (check all that apply)

☑ Appoint appellate counsel to represent him.

☑ Asks the court to order that a free record be provided to him.

X Deborah Winfield
DEFENDANT

SUBSCRIBED AND SWORN to before me, this 7 day of May A.D., 2015 .

FILED
Chris Daniel
District Clerk

MAY 07 2015

Time: 5-7-15
Harris County, Texas

By

DEPUTY DISTRICT CLERK
DISTRICT COURT
HARRIS COUNTY, TEXAS

## ORDER

On May 11, 2015 the court conducted a hearing and found that the defendant is indigent.

☐ The court orders that ANI MASELLI WOOD is appointed to represent defendant/appellant on appeal. Harris County Public Defenders Office

☐ The court reporter is ordered to prepare and file the reporter's record without charge to the defendant/appellant.

It is further ordered that the clerk of this court mail a copy of the order to the court reporter: _____, by certified mail return receipt requested.

_____
JUDGE PRESIDING
DISTRICT COURT
HARRIS COUNTY, TEXAS

## AFFIRMATION

I, Jani Maselli , Attorney at Law, swear or affirm that I will be solely responsible for writing a brief and representing the appellant on appeal. If I am not able to preform my duties as appellate counsel, I will notify the court immediately so that the court may take the appropriate action as deemed necessary.

Jani Maselli (JW)
ATTORNEY (SIGNATURE)

00791195 50791195
BAR/SPN NUMBER

1201 Franklin, 13th Fl.
ADDRESS

Houston TX. 77002
CITY          STATE     ZIP

713-368-0016
PHONE

713-368-9278
FAX NUMBER

jani.maselli@pdo.hctx.net
EMAIL ADDRESS

SWORN TO AND SUBSCRIBED BEFORE ME ON 5/07/2015 .

_____
DEPUTY DISTRICT CLERK (SIGNATURE)
DISTRICT CLERK

# APPEAL CARD

Court 230    Due: 7-6-15    Cause No. 1st 1454262

## The State of Texas
### Vs
## winfield, deborah

**Date Notice Of Appeal:** 5-7-15   05·07·2015

**Presentation:** Vol._____ Pg._____

**Judgment:** Vol._____ Pg._____

**Judge Presiding** Brad Hart

**Court Reporter** Trish matthews

**Court Reporter** _____

**Court Reporter** _____

**Attorney on Trial** DIana olevera) Juanita Jackson

**Attorney on Appeal** to be determined

Appointed ✓ Hired_____

**Offense** manslaughter

**Jury Trial** Yes ✓ No_____

**Punishment Assessed** 5 YRS TDCJ

**Companion Cases (If Known)** N/A   1418358 1454262

**Amount of Appeal Bond** _____

**Appellant Confined:** Yes ✓ No_____

**Date Submitted To Appeal Section** 05·08·15   5·12·15

**Deputy Clerk** A. Sanchez   5-18-15